**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 231 MAL 2014
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
GEOFFREY QUENTEN MULL, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.